### No. 79SC277

**Board of County Commissioners, County of Larimer, and Richard D. Lamm, Governor of the State of Colorado, State of Colorado and State of Colorado Department of Health v. Grace Srb, individually and as administratrix or personal representative of the Estate of Hugo F. Srb**

(618 P.2d 1105)

Certiorari dismissed May 12, 1980.

Upon consideration of the Motion to Dismiss with Prejudice, the Motion to Dismiss Appeal for Lack of Case or Controversy filed herein, and now being sufficiently advised in the premises,

It Is This Day Ordered that said Motions to Dismiss shall be, and the same hereby are, Denied,

It Is Further Ordered that the Petition for Writ of Certiorari previously granted shall be, and the same hereby is, Denied as improvidently granted.